AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____ NORTH DAKOTA

| UNITED STATES OF AMERICA V. Derick Olin McConnon | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  |  | 4:09-mj-072 | 1:09-cr-164 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
✔ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §    841(a)(1), 841(b)(1)(B)(iii), and 841(b)(1)(C)

**DISTRICT OF OFFENSE**
Western District of Michigan, Southern Division

**DESCRIPTION OF CHARGES:**

Count I: Possession w/ Intent to Distribute Cocaine Base
Count II: Possession w/ Intent to Distribute Cocaine

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
✔ Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ✔ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ✔ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 9, 2009                           _____
Date                                      Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |